565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8451.

November 28, 2011. Richard T. Cotter, of Fort Myers Beach, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2616. In the Matter of Discipline of J. Gordon Blau.**

565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8473.

November 28, 2011. J. Gordon Blau, of Longwood, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2717. In the Matter of Discipline of Henry Nissim Adorno.**

565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8440.

November 28, 2011. Henry Nissim Adorno, of Miami, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Same case below, 60 So. 3d 1016.